**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARIA DOLORES GUZMAN-FIGUEROA,**

           **Plaintiff,**

**-vs-**                                                        **Case No. 6:12-cv-1178-Orl-31DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

           **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 17)**
>
> **FILED:**       **March 22, 3013**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

      The Commissioner asks that the administrative decision which is the subject of this action be reversed and that the matter be remanded under sentence four of 42 U.S.C. §405(g) (dealing with judicial review of benefit determinations) and §1383(c)(3) (incorporating provisions of section 405 with respect to judicial review of supplemental security income determinations) to the Commissioner for the following further action:

Upon remand, the Administrative Law Judge (ALJ) will be directed to further assess all of Plaintiff's severe and nonsevere impairments, including her hand and neck problems, as well as mental issues for which she received in-patient hospitalization and treatment. Also, the ALJ will conduct further assessment of Dr. Barber's opinion and jobs Plaintiff can perform in light of her inability to speak English. The ALJ will ensure that any hypothetical questions presented to a vocational expert include all of Plaintiff's limitations, including her inability to speak English and any mental impairments, if they are found to be severe.

As the relief is unopposed, it is **respectfully recommended** that the motion be **granted,** and that judgment be entered under sentence four of 42 U.S.C. §405(g), consistent with the above.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 25, 2013.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy